

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00331-CV

**CITY OF PEARSALL**,
Appellant

v.

Sergio **CORREA**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 16-12-00464CVF
Honorable Russell Wilson, Judge Presiding

## O R D E R

The appellee's request for a ten-day extension to file brief is hereby GRANTED. Time is extended to October 15, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court